IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SARAH CORDOVA,

    Plaintiff,

v.                                                                       No. 1:23-cv-00905-LF-SCY

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Joint Motion for Dismissal with Prejudice, and the Court having considered the Joint Motion and being otherwise advised in the premises hereby FINDS:

Plaintiff and Defendant have reached a mutually agreed upon confidential resolution of all issues of law and fact in this case. The agreed upon resolution is intended to effect a full and final resolution of any and all claims and causes of action that were brought or could have been brought in this action by and between these parties. These parties have agreed that any and all claims and causes of action that were brought or could have been brought in this action are to be dismissed with prejudice and have asked the Court to issue an order of dismissal with prejudice accordingly. Plaintiff and Defendant have also agreed to bear their own costs and attorneys' fees.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff's *Complaint for Negligence, Uninsured Motorist Benefits Under a Contract of Insurance, Violations of the Unfair Practices Act, Violations of the Trade Practices and Fraud Act, Breach of the Implied Covenant of Good Faith and Fair Dealing, Breach of Contract, and for Declaratory Judgment* filed in the Second Judicial District Court, County of Bernalillo, State of New Mexico, No. D-202-CV-2023-07087, and removed to this Court on

11/17/23 ("Complaint") is dismissed with prejudice.

2. Any and all claims and causes of action that were brought or could have been brought in this action are hereby dismissed with prejudice.

3. The parties are to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

*(signature)*
THE HONORABLE LAURA FASHING
UNITED STATES MAGISTRATE JUDGE

Submitted:

**RILEY | KELLER | ALDERETE | GONZALES**

/s/ Taryn M. Kaselonis
Courtenay L. Keller
Taryn M. Kaselonis
3880 Osuna Road NE
Albuquerque, NM  87109
(505) 883-5030
ckeller@rileynmlaw.com
tkaselonis@rileynmlaw.com
*Attorneys for Liberty*

**LAW OFFICE OF BENJAMIN HANCOCK, P.C.**

/s/ Benjamin Hancock (via email 5/15/24)
Benjamin Hancock
6121 Indian School Rd. NW, Suite 206
Albuquerque, NM 87110
(505) 508-4343
ben@benhancocklaw.com
*Attorney for Plaintiff*